

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Charley Lockhart
State Treasurer
Austin, Texas

Dear Sir:　　　　　　　　　Att'n: Mr. Chas. O. Rice

Opinion Number O-3132
Re: Is the State Treasurer re-
quired or permitted to hold as
custodian securities put up with
the Board of Insurance Commis-
sioners by individuals or asso-
ciations authorized to write
insurance under the Lloyd's plan?

　　　We are in receipt of your opinion request of Feb-
ruary 18, 1941, which reads as follows:

　　　"We kindly ask an opinion from you as to
whether or not the State Treasurer is requir-
ed or permitted under the Statutes to hold as
custodian securities put up with the Board of
Insurance Commissioners by individuals or asso-
ciations authorized to write insurance under
the Lloyd's plan."

　　　Article 4374, Vernon's Annotated Civil Statutes,
specifically provides:

　　　"* * * * the Treasurer shall not keep or re-
ceive into the building, safes or vaults of the
Treasury any money, or the representative of
money, belonging to any individual except in
cases expressly provided for by law;"

　　　Articles 5013 to 4023a, of Vernon's Annotated Civil
Statutes, authorize individuals, partnerships or associations
of individuals, to make any insurance, except life insurance,

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

on the "Lloyd's plan". We have carefully considered these statutes and we do not find any provision therein authorizing the State Treasurer to hold, as custodian, securities put up with the Board of Insurance Commissioners by individuals or associations authorized to write insurance under the Lloyd's plan.

Therefore, your question is respectfully answered in the negative.

Trusting that the foregoing fully answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By /s/ Claud O. Boothman
Claud O. Boothman
Assistant

COB-s

APPROVED FEB. 21, 1941
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE
BY B. W. B. CHAIRMAN